[No. 75420-3-I.   Division One.   April 17, 2017.]

CHRISTIEN FREEMAN, *Appellant*, v. STEVEN ALLEN WALLACE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-3-07020-1, Julia L. Garratt, J., entered June 6, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Trickey, JJ.

[No. 75634-6-I.   Division One.   April 17, 2017.]

CHARLES PAMPLIN, *Respondent*, v. SAFWAY SERVICES, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-00764-4, Scott A. Collier, J., entered July 27, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 76133-1-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DANSIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11867-0, Chad Allred, J., entered September 27, 2016. *Granted in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 47492-1-II.   Division Two.   April 18, 2017.]

*In the Matter of the Marriage of* REBECCA LARSEN, *Respondent*, and JEREMIAH LARSEN, *Appellant*.

Appeal from judgments of the Superior Court for Cowlitz County, No. 10-3-00611-1, Marilyn K. Haan, J., entered May 9, 2014 and Stephen M. Warning, J., entered February 2, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Lee, JJ.